Law Office of Jennifer E. Tucek, P.C.
315 Madison Avenue, Suite 3054
New York, New York 10017
TucekLaw@Gmail.com
(917) 669-6991

August 6.2023

Via ECF
Honorable Jesse M. Furman
United States District Court Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

> Application GRANTED. The initial pretrial conference is hereby ADJOURNED to **October 25, 2023**, at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 10. SO ORDERED.
>
> *[signature]*
>
> August 7, 2023

Re: *Carlos Ruiz Florez v. Poke Restaurant, Inc. et al.* 23-cv-3815

Dear Judge Furman

    I represent the Plaintiff, Carlos Ruiz Florez, in the above-referenced case. I am writing to request an adjournment of the mediation as well as the Initial Pretrial Conference currently scheduled for August 23, 2023. The service of the Complaint was delayed in this matter due to a miscommunication with my process server. Both Defendants have been served. The affidavit with respect to Defendant Frank & Walter Eberhart L.P. was filed today. The remaining Affidavit will be filed in the next couple of days.

    Plaintiff respectfully requests a 60-day adjournment of the Initial Conference, and an extension of the time to attend a mediation. This is Plaintiff's first request for an adjournment. Thank you.

Respectfully Submitted,

/s/Jennifer E. Tucek

_____

Jennifer E. Tucek
Attorney for Plaintiff